# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: RIDINGS, JEANNIE M. § | Case No. 15-80491 |
| KILILIS, GEORGE § | |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
<u>BERNARD J. NATALE</u>, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

   The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

   Clerk of The U S Bankruptcy Court
   327 S Church Street, Room 1100
   Rockford IL 61101

   Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:30am on 02/08/2016 in Courtroom 3100, United States Courthouse,
327 S Church Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  01/07/2016             By:  /s/BERNARD J. NATALE
                                                                                Trustee

BERNARD J. NATALE
1639 N ALPINE RD SUITE 401
EDGEBROOK OFFICE CENTER
ROCKFORD, IL  61107
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: RIDINGS, JEANNIE M. § Case No. 15-80491
KILILIS, GEORGE §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 12,500.00 |
| *and approved disbursements of* | $ 10.00 |
| *leaving a balance on hand of* [1] | $ 12,490.00 |
| **Balance on hand:** | $ 12,490.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2S | Illinois Department of Revenue | 10,141.12 | 10,141.12 | 0.00 | 0.00 |
| 5 | Evergreen Bank Group | 83,598.96 | 83,598.96 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 12,490.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 2,000.00 | 0.00 | 2,000.00 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 2,068.75 | 0.00 | 2,068.75 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 36.40 | 0.00 | 36.40 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 4,105.15 |
| Remaining balance: | $ 8,384.85 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $        0.00
Remaining balance:                                              $    8,384.85

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $97,702.80 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P-2 | Internal Revenue Service | 89,001.83 | 0.00 | 7,638.13 |
| 2P | Illinois Department of Revenue | 8,700.97 | 0.00 | 746.72 |

Total to be paid for priority claims:    $    8,384.85
Remaining balance:                       $        0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 446,885.89 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U-2 | Internal Revenue Service | 17,659.63 | 0.00 | 0.00 |
| 2U | Illinois Department of Revenue | 1,109.20 | 0.00 | 0.00 |
| 3 | Capital One Bank (USA), N.A. | 1,627.45 | 0.00 | 0.00 |
| 4 | Navient Solutions, Inc. | 249,084.06 | 0.00 | 0.00 |
| 6 | BMO Harris Bank | 177,405.55 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:    $        0.00
Remaining balance:                                       $        0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $     0.00
Remaining balance:                                    $     0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $     0.00
Remaining balance:                         $     0.00


Prepared By:  /s/BERNARD J. NATALE
              Bernard J Natale, Trustee

BERNARD J. NATALE
1639 N ALPINE RD SUITE 401
EDGEBROOK OFFICE CENTER
ROCKFORD, IL  61107
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 15-80491-TML
Jeannie M. Ridings                                                  Chapter 7
George Kililis
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: cshabez              Page 1 of 2              Date Rcvd: Jan 19, 2016
                              Form ID: pdf006            Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 21, 2016.
db/jdb         Jeannie M. Ridings,   George Kililis,   4809 Terra Cotta Road,   Crystal Lake, IL  60012-1956
23039992      +Asset Acceptance,   c/o Freedman Anselmo Lindberg,   1771 W Diehl Road Ste 150,
                Naperville IL 60563-4947
22975768      +Associated Bank,   200 N. Adams Street,   Green Bay, WI 54301-5174
22975769      +BMO Harris Bank,   c/o Attorney Mathew Hevrin,   100 Park Ave.,   Rockford, IL 61101-1099
22975770      +BMW Credit Card,   POB 5253,   Carol Stream, IL 60197-5253
22975771     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court:   Capital One,   PO Box 85520,   Richmond, VA 23285)
23208924       Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
22975772       Centegra Primary Care, LLC,   13707 West Jackson Street,   Woodstock, IL 60098-3188
23039993      +Crystal Lake Professional Center Co,   c/o Robert A Roth RA,   454 W Virginia Street,
                Crystal Lake IL 60014-5966
22975774      +Elizabeth Vonau,   380 Terra Cotta Road,   Suite K,   Crystal Lake, IL 60012-1809
23383218      +Evergreen Bank Group,   Francis J Pendergast III,   Esquire/Crowley & Lamb PC,
                221 N LaSalle Street Suite 1550,   Chicago IL 60601-1224
24073714       Evergreen Bank Group,   Francis J Pendergast III,   115 W 22nd Street,   Oakbrook IL 60523
23378438      +Evergreen Bank Group,   Attn: Paul J. Leake, Executive Vice Pres,
                1515 W. 22nd Street, Suite 100W,   Oak Brook, IL 60523-8413
22975775      +Evergreen Mortgage,   1515 W. 22nd Street,   Suite 100W,   Oak Brook, IL 60523-2007
22975776      +Freedman Anselmo Lindberg, LLC,   1771 W. Diehl Road, Ste 150,   PO Box 3228,
                Naperville, IL 60566-3228
22975778      +HSBC,   HSBC Card Services,   POB 9,   Buffalo, NY 14240-0009
22975779     ++ILLINOIS DEPARTMENT OF REVENUE,   BANKRUPTCY DEPARTMENT,   P O BOX 64338,
                CHICAGO IL 60664-0338
               (address filed with court:   Illinois Department of Revenue,   P.O. Box 19035,
                Springfield, IL 62794-9035)
23039994      +Kililis Ridings & Vonau,   380 Terra Cotta Road Suite K,   Crystal Lake IL 60012-1809
22975781      +Mortgage Service Center,   2001 Bishops Gate Blvd,   Mount Laurel, NJ 08054-4604
23230313      +Navient Solutions, Inc.,   220 Lasley Ave,   Wilkes-Barre, PA 18706-1430
23193629      +PHH MORTGAGE CORPORATION,   c/o Codilis and Associates, P.C.,
                15W030 North Frontage Road, Suite 100,   Burr Ridge, IL 60527-6921
22975783      +TSI/980,   600 Holiday Drive,   Suite 30,   Matteson, IL 60443-2241

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22975766       E-mail/Text: ebn@americollect.com Jan 20 2016 02:20:45     Americollect,   PO Box 1566,
                Manitowoc, WI 54221-1566
22975767       E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jan 20 2016 02:20:09     Asset Acceptance LLC,
                PO Box 1630,   Warren, MI 48090-1630
22975773      +E-mail/Text: krasteva_z@cityofelgin.org Jan 20 2016 02:21:14     City of Elgin,
                150 Dexter Court,   Elgin, IL 60120-5555
22975777       E-mail/PDF: gecsedi@recoverycorp.com Jan 20 2016 02:24:32     Green Tree Servicing, LLC,
                332 Minnesota Street,   Suite 610,   Saint Paul, MN 55101
23384194       E-mail/Text: bankruptcy.bnc@gt-cs.com Jan 20 2016 02:19:36     Green Tree Servicing LLC,
                servicer for Fannie Mae,   POB 6154,   Rapid City, SD 57709-6154
22975780       E-mail/Text: cio.bncmail@irs.gov Jan 20 2016 02:19:22     Internal Revenue Service,
                PO Box 21125,   Philadelphia, PA 19114
23203817       E-mail/Text: rev.bankruptcy@illinois.gov Jan 20 2016 02:20:17
                Illinois Department of Revenue,   Bankruptcy Section Suite 7-400,   PO BOX 64338,
                Chicago, IL. 60664-0338
22975782      +E-mail/PDF: pa_dc_claims@navient.com Jan 20 2016 02:24:34     Navient,   PO Box 9500,
                Wilkes Barre, PA 18773-9500
                                                                                               TOTAL: 8

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2016                              Signature:  /s/Joseph Speetjens

```
District/off: 0752-3          User: cshabez           Page 2 of 2           Date Rcvd: Jan 19, 2016
                              Form ID: pdf006         Total Noticed: 30
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 18, 2016 at the address(es) listed below:
          Bernard J Natale    natalelaw@bjnatalelaw.com, IL42@ecfcbis.com
          Bernard J Natale    on behalf of Trustee Bernard J Natale natalelaw@bjnatalelaw.com
          Francis J. Pendergast, III   on behalf of Creditor    Evergreen Bank Group
           fpendergast@crowleylamb.com, ibenavides@crowleylamb.com;docket@crowleylamb.com
          Gloria C  Tsotsos   on behalf of Creditor    PHH Mortgage Corporation nd-two@il.cslegal.com
          Matthew M. Hevrin   on behalf of Creditor    BMO Harris Bank, N.A., f/k/a Harris N.A., as the
           assignee of the Federal Deposit Insurance Corporation as the receiver for Amcore Bank, N.A.
           mhevrin@hinshawlaw.com, jfornal@hinshawlaw.com
          Meghan N Bolte   on behalf of Trustee Bernard J Natale mmagnuson@bjnatalelaw.com,
           mbolte@bjnatalelaw.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Tiffany  Rodriguez   on behalf of Debtor 2 George  Kililis trodriguez@bslbv.com
          Tiffany  Rodriguez   on behalf of Debtor 1 Jeannie M. Ridings trodriguez@bslbv.com
                                                                                         TOTAL: 9
```