# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| JEANNIE M. RIDINGS | § | Case No. 15-80491 |
| GEORGE KILILIS | § | |
| | § | |
| | § | |
| Debtors | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 678,172.00                    Assets Exempt: 45,000.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 8,384.85      Claims Discharged
                                                Without Payment: 1,953,869.79

Total Expenses of Administration: 4,115.15

---

3) Total gross receipts of $ 12,500.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 12,500.00  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 938,970.91 | $ 93,740.08 | $ 93,740.08 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,115.15 | 4,115.15 | 4,115.15 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 174,000.00 | 97,702.80 | 97,702.80 | 8,384.85 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 304,695.04 | 446,885.89 | 446,885.89 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 1,417,665.95 | $ 642,443.92 | $ 642,443.92 | $ 12,500.00 |

   4) This case was originally filed under chapter 7 on 02/25/2015 . The case was pending for 14 months.

   5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: 04/25/2016            By: /s/BERNARD J. NATALE
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1993 VFR 750 Honda Motorcycle | 1129-000 | 2,000.00 |
| 2004 BTR 996 Honda Motorcycle | 1129-000 | 2,000.00 |
| 2005 Jeep Grand Cherokee | 1129-000 | 2,100.00 |
| 2008 BMW XI | 1129-000 | 6,400.00 |
| TOTAL GROSS RECEIPTS | | $ 12,500.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Associated Bank 200 N. Adams Street Green Bay, WI 54301 | | 47,405.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BMO Harris Bank c/o Attorney Mathew Hevrin 100 Park Ave. X Rockford, IL 61105 | | 175,514.00 | NA | NA | 0.00 |
| | Evergreen Mortgage 1515 W. 22nd Street Suite 100W Oak Brook, IL 60523 | | 83,976.91 | NA | NA | 0.00 |
| | Green Tree Servicing, LLC 332 Minnesota Street Suite 610 Saint Paul, MN 55101 | | 432,922.00 | NA | NA | 0.00 |
| | Illinois Department of Revenue P.O. Box 19035 Springfield, IL 627949035 | | 9,875.00 | NA | NA | 0.00 |
| | Internal Revenue Service PO Box 21125 Philadelphia, PA 19114 | | 44,278.00 | NA | NA | 0.00 |
| | Mortgage Service Center 2001 Bishops Gate Blvd Mount Laurel, NJ 08054 | | 145,000.00 | NA | NA | 0.00 |
| 5 | Evergreen Bank Group | 4110-000 | NA | 83,598.96 | 83,598.96 | 0.00 |
| 2S | Illinois Department of Revenue | 4110-000 | NA | 10,141.12 | 10,141.12 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ 938,970.91 | $ 93,740.08 | $ 93,740.08 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE | 2100-000 | NA | 2,000.00 | 2,000.00 | 2,000.00 |
| Rabobank, N.A. | 2600-000 | NA | 10.00 | 10.00 | 10.00 |
| LTD. BERNARD J. NATALE | 3110-000 | NA | 2,068.75 | 2,068.75 | 2,068.75 |
| LTD. BERNARD J. NATALE | 3120-000 | NA | 36.40 | 36.40 | 36.40 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 4,115.15 | $ 4,115.15 | $ 4,115.15 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Elizabeth Vonau<br>380 Terra Cotta Road<br>Suite K X<br>Crystal Lake, IL 60012 | | 72,000.00 | NA | NA | 0.00 |
| | Illinois Department of Revenue<br>P.O. Box 19035<br>Springfield, IL 627949035 | | 22,000.00 | NA | NA | 0.00 |
| | Internal Revenue Service<br>PO Box 21125<br>Philadelphia, PA 19114 | | 80,000.00 | NA | NA | 0.00 |
| 2P | Illinois Department of Revenue | 5800-000 | NA | 8,700.97 | 8,700.97 | 746.72 |
| 1P-2 | Internal Revenue Service | 5800-000 | NA | 89,001.83 | 89,001.83 | 7,638.13 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 174,000.00 | $ 97,702.80 | $ 97,702.80 | $ 8,384.85 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Americollect<br>PO Box 1566<br>Manitowoc, WI 542211566 | | 187.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Asset Acceptance c/o Freedman Anselmo Lindberg 1771 W. Diehl Road, Ste 150 Naperville, IL 60566 | | 9,195.00 | NA | NA | 0.00 |
| | BMW Credit Card POB 5253 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |
| | Capital One PO Box 85520 Richmond, VA 23285 | | 1,700.00 | NA | NA | 0.00 |
| | Capital One PO Box 85520 Richmond, VA 23285 | | 1,627.00 | NA | NA | 0.00 |
| | Centegra Primary Care, LLC 13707 West Jackson Street Woodstock, IL 600983188 | | 199.52 | NA | NA | 0.00 |
| | City of Elgin 150 Dexter Court Elgin, IL 60120 | | 210.52 | NA | NA | 0.00 |
| | Crystal Lake Professional Center Co c/o Robert A. Roth, RA 454 W. Virginia Street Crystal Lake, IL 60014 | | 15,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HSBC HSBC Card Services POB 9 Buffalo, NY 14240 | | 13,612.00 | NA | NA | 0.00 |
| | Navient PO Box 9500 Wilkes Barre, PA 18773 | | 255,149.00 | NA | NA | 0.00 |
| | TSI/980 600 Holiday Drive Suite 30 Matteson, IL 60443 | | 7,815.00 | NA | NA | 0.00 |
| 6 | BMO Harris Bank | 7100-000 | NA | 177,405.55 | 177,405.55 | 0.00 |
| 3 | Capital One N. A. | 7100-000 | NA | 1,627.45 | 1,627.45 | 0.00 |
| 2U | Illinois Department of Revenue | 7100-000 | NA | 1,109.20 | 1,109.20 | 0.00 |
| 1U-2 | Internal Revenue Service | 7100-000 | NA | 17,659.63 | 17,659.63 | 0.00 |
| 4 | Navient Solutions Inc. | 7100-000 | NA | 249,084.06 | 249,084.06 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 304,695.04 | $ 446,885.89 | $ 446,885.89 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-80491 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE |
|---|---|---|---|---|---|---|
| Case Name: | JEANNIE M. RIDINGS | | | | Date Filed (f) or Converted (c): | 02/25/2015 (f) |
| | GEORGE KILILIS | | | | 341(a) Meeting Date: | 03/26/2015 |
| For Period Ending: | 04/21/2016 | | | | Claims Bar Date: | 07/08/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 4809 Terra Cotta, Crystal Lake, IL 60012 | 480,000.00 | 0.00 | | 0.00 | FA |
| 2. 933 Forest Drive, Eglin, IL 60123 | 180,000.00 | 19,000.00 | | 0.00 | FA |
| 3. 1966 Dakota Avenue, Arkdale, WI 54613 | 47,405.00 | 0.00 | | 0.00 | FA |
| 4. Cash on Hand | 100.00 | 100.00 | | 0.00 | FA |
| 5. Crystal Lake Bank & Trust | 617.00 | 617.00 | | 0.00 | FA |
| 6. Harris Bank (account for minor daughter) | 0.00 | 0.00 | | 0.00 | FA |
| 7. Home State Bank | 0.00 | 0.00 | | 0.00 | FA |
| 8. 3 Bedroom Sets; 2 Living Room Sets; Dining Room | 3,000.00 | 0.00 | | 0.00 | FA |
| 9. Normial Wearing Apparel | 400.00 | 0.00 | | 0.00 | FA |
| 10. Costume Jewelry | 50.00 | 50.00 | | 0.00 | FA |
| 11. Pool Table; 2 Handguns; Weight Lifting Bench | 900.00 | 0.00 | | 0.00 | FA |
| 12. Allstate Term Policy (no cash value | 0.00 | 0.00 | | 0.00 | FA |
| 13. SURS | 400.00 | 400.00 | | 0.00 | SUFA |
| 14. SURS | 400.00 | 0.00 | | 0.00 | SUFA |
| 15. KRV Legal (33%) | Unknown | Unknown | | 0.00 | FA |
| 16. KRV Legal (33%) | Unknown | Unknown | | 0.00 | FA |
| 17. 2005 Jeep Grand Cherokee | 5,425.00 | 0.00 | | 2,100.00 | FA |
| 18. 2008 BMW XI | 13,275.00 | 3,200.00 | | 6,400.00 | FA |
| 19. 1993 VFR 750 Honda Motorcycle | 2,000.00 | 1,500.00 | | 2,000.00 | FA |
| 20. 2004 BTR 996 Honda Motorcycle | 2,500.00 | 400.00 | | 2,000.00 | FA |
| 21. Laptop, Tablet and Office Chairs and Desks | 1,000.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $737,472.00 | $25,267.00 | | $12,500.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE TO EVALUATE AND RECOVER VALUE OF CERTAIN ASSETS.

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Imported from original petition Doc# 13 |
| RE PROP # | 2 | -- | Imported from original petition Doc# 13 |
| RE PROP # | 3 | -- | Imported from original petition Doc# 13 |
| RE PROP # | 4 | -- | Imported from original petition Doc# 13 |
| RE PROP # | 5 | -- | Imported from original petition Doc# 13 |
| RE PROP # | 6 | -- | Imported from original petition Doc# 13 |
| RE PROP # | 7 | -- | Imported from original petition Doc# 13 |
| RE PROP # | 8 | -- | Imported from original petition Doc# 13 |
| RE PROP # | 9 | -- | Imported from original petition Doc# 13 |
| RE PROP # | 10 | -- | Imported from original petition Doc# 13 |
| RE PROP # | 11 | -- | Imported from original petition Doc# 13 |
| RE PROP # | 12 | -- | Imported from original petition Doc# 13 |
| RE PROP # | 13 | -- | Imported from original petition Doc# 13 |
| RE PROP # | 14 | -- | Imported from original petition Doc# 13 |
| RE PROP # | 15 | -- | Imported from original petition Doc# 13 |
| RE PROP # | 16 | -- | Imported from original petition Doc# 13 |
| RE PROP # | 17 | -- | Imported from original petition Doc# 13 |
| RE PROP # | 18 | -- | Imported from original petition Doc# 13 |
| RE PROP # | 19 | -- | Imported from original petition Doc# 13 |
| RE PROP # | 20 | -- | Imported from original petition Doc# 13 |
| RE PROP # | 21 | -- | Imported from original petition Doc# 13 |

Initial Projected Date of Final Report (TFR): 07/30/2016        Current Projected Date of Final Report (TFR): 07/30/2016

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-80491 | Trustee Name: | BERNARD J. NATALE |
| --- | --- | --- | --- |
| Case Name: | JEANNIE M. RIDINGS<br>GEORGE KILILIS | Bank Name:<br>Account Number/CD#: | Rabobank, N.A.<br>XXXXXX66<br>Checking Account |
| Taxpayer ID No: | XX-XXX3755 | Blanket Bond (per case limit): | $3,000.00 |
| For Period Ending: | 04/21/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/21/15 | | Jeannie Ridings | Pymt of compromise of personal property | | $12,500.00 | | $12,500.00 |
| | | | Gross Receipts            $12,500.00 | | | | |
| | 17 | | 2005 Jeep Grand Cherokee    $2,100.00 | 1129-000 | | | |
| | 18 | | 2008 BMW XI                $6,400.00 | 1129-000 | | | |
| | 19 | | 1993 VFR 750 Honda Motorcycle    $2,000.00 | 1129-000 | | | |
| | 20 | | 2004 BTR 996 Honda Motorcycle    $2,000.00 | 1129-000 | | | |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $12,490.00 |
| 02/08/16 | 101 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL  61107 | Dividend paid 100.00% on $2,000.00, Trustee Compensation; Reference: | 2100-000 | | $2,000.00 | $10,490.00 |
| 02/08/16 | 102 | Internal Revenue Service<br>PO Box 21125<br>Philadelphia, PA  19114 | Distribution paid   8.58% on $89,001.83; Claim# 1P-2; Filed: $89,001.83; Reference: | 5800-000 | | $7,638.13 | $2,851.87 |
| 02/08/16 | 103 | Illinois Department of Revenue<br>Bankruptcy Section Suite 7-400<br>PO BOX 64338<br>Chicago, IL  606640338 | Distribution paid   8.58% on $8,700.97; Claim# 2P; Filed: $8,700.97; Reference: | 5800-000 | | $746.72 | $2,105.15 |
| 02/08/16 | 104 | BERNARD J. NATALE, LTD.<br>1639 N ALPINE ROAD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL  61107 | Combined Check for Claims#ATTYFEES,ATTYEXP | | | $2,105.15 | $0.00 |
| | | LTD. BERNARD J. NATALE | Dividend paid 100.00% on $2,068.75;  Claim# ATTYFEES; Filed: $2,068.75 | 3110-000 | ($2,068.75) | | |
| | | LTD. BERNARD J. NATALE | Dividend paid 100.00% on $36.40;  Claim# ATTYEXP; Filed: $36.40 | 3120-000 | ($36.40) | | |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | $12,500.00 | $12,500.00 |
| Page Subtotals: | $12,500.00 | $12,500.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**Page:** 2

Exhibit 9

| | | |
|---|---:|---:|
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $12,500.00 | $12,500.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $12,500.00 | $12,500.00 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX66 - Checking Account | $12,500.00 | $12,500.00 | $0.00 |
| | $12,500.00 | $12,500.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| **Total Allocation Receipts:** | $0.00 |
| **Total Net Deposits:** | $12,500.00 |
| **Total Gross Receipts:** | $12,500.00 |